**FILED & ENTERED**

OCT 05 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LILLIE PEARL BOWEN,<br><br>Debtor[s]. | Case No.: 2:17-bk-20946-NB<br><br>Chapter 13<br><br>**ORDER ON DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**<br><br>[No hearing required] |

The debtor has filed a motion for extension of time to file required documents (the "Extension Motion").  The current deadline is September 20, 2017.

This Court has reviewed the Extension Motion, and finds and concludes as follows. First, any extension requires a showing of sufficient cause.  Second, a maximum extension generally is two weeks.  Third, it is important for parties in interest to have key documents available to them before the meeting of creditors (11 U.S.C. § 341(a)), which is scheduled for October 13, 2017.  Taking into consideration the foregoing and the matters set forth in the Extension Motion, it is hereby ORDERED:

1. The Extension Motion is granted as follows: the debtor must file all required documents no later than **September 25, 2017** (the required documents are listed

in notice(s) from this Court that have been mailed to the debtor and are available on the docket).

###

Date: October 5, 2017

_____
Neil W. Bason
United States Bankruptcy Judge