| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott Kosner, (SBN 172379)<br>Scott Kosner, SBN 172379<br>LAW OFFICES OF TYSON TAKEUCHI<br>1055 Wilshire Blvd., Suite 850<br>Los Angeles, CA 90017<br>Tel 213.637.1566<br>Fax 888.977.6310<br>tyson@tysonfirm.com<br>scottk@tysonfirm.com | **FILED & ENTERED**<br><br>**APR 06 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| ☐ Chapter 13 Trustee<br>☒ Attorney for:  Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| In re:<br>Lillie Pearl Bowen | CASE NUMBER: 2:17-20946-NB<br><br>CHAPTER 13 |
|---|---|
| | **ORDER ☐ ~~GRANTING~~   ☒ TEMPORARILY DENYING APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT** |
| | ☒ No hearing held<br>☐ Hearing held<br><br>Hearing Date:<br><br>DATE: May 3, 2018<br>TIME: 8:30 AM<br>COURTROOM: 1545<br>ADDRESS: 255 E. Temple St., Los Angeles, CA 90012 |
| Debtor(s). | |

Based on the Application for Additional Fees and Related Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on (*date*) 1-22-2018 as docket number 34, the court orders as follows:

//

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 1    **F 3015-1.12.ORDER.CH13.FEES**

1. ☒ ~~The Application is granted and the Attorney for Debtor is allowed the sum of $6927.50~~ On the present record, and subject to satisfactory responses by counsel at the hearing set below, the tentative ruling is to award $4,000.00 as compensation for Additional Services and the sum of $n/a in expenses related to Additional Services referred to in the Application, ~~and the Chapter 13 Trustee is directed to pay the unpaid balance of $5927.50 from the estate of Debtor as funds permit~~.

2. ☒ The Application is **set for hearing** on: (*date*) May 3, 2018 at (*time*) 8:30 AM.

3. ☐ The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4. ☐ The Application is denied.

5. ☒ Other (*specify*):

    (1) **Reasons for likely fee reduction and hearing.** All but one of the entries on Applicant's timesheet (dkt. 34, Ex.1) are in half-hour increments and over half of the identified tasks allegedly took exactly 1-hour, which strongly suggests that the time entries are not accurate records in tenths of an hour as required by the applicable rules and statute. At the hearing Applicant must be prepared to discuss its billing practices. Although it is doubtful that any retroactive re-creation of time spent can substitute for contemporaneous time records, this Court assumes that counsel will provide at the hearing an adequate representation that the time entries reflect actual services performed in the very approximate amount of the purported time entries, and based on that assumption the tentative ruling is to award $4,000.00 in fees (in addition to the $1,000.00 already received).

###

Date: April 6, 2018

*Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    F 3015-1.12.ORDER.CH13.FEES