| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott Kosner, (SBN 172379)<br>Scott Kosner, SBN 172379<br>LAW OFFICES OF TYSON TAKEUCHI<br>1055 Wilshire Blvd., Suite 850<br>Los Angeles, CA 90017<br>Tel 213.637.1566<br>Fax 888.977.6310<br>tyson@tysonfirm.com<br>scottk@tysonfirm.com<br><br>☐ Chapter 13 Trustee<br>☒ Attorney for: Debtor | **FILED & ENTERED**<br><br>**MAY 08 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** francis    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| In re:<br>Lillie Pearl Bown | CASE NUMBER: 2:17-20946-NB<br><br>CHAPTER 13 |
|---|---|
| | **ORDER ☒ GRANTING ☐ DENYING APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT** |
| | ☐ No hearing held<br>☒ Hearing held<br>DATE: 05/3/2018<br>TIME: 08:30 AM<br>COURTROOM: 1545<br>ADDRESS: 255 East Temple Street Los Angeles, CA 90012 |
| Debtor(s). | |

Based on the Application for Additional Fees and Related Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on (*date*) 1-22-2018 as docket number 34, and this Court's interim order (dkt. 36), and the arguments and evidence presented at the hearing, the court orders as follows:

1. ☒ The Application is granted and the Attorney for Debtor is allowed the sum of $6927.50 as compensation for Additional Services and the sum of $n/a in expenses related to Additional Services referred to in the Application.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 1    F 3015-1.12.ORDER.CH13.FEES

and the Chapter 13 Trustee is directed to pay the unpaid balance of $<u>5927.50</u> from the estate of Debtor as funds permit.

2. ☐ The Application is set for hearing on: (*date*) _____ at (*time*) _____ .

3. ☐ The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4. ☐ The Application is denied.

5. ☐ Other (*specify*):

###

Date: May 8, 2018

*(signed)* Neil W. Bason
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*     Page 2     **F 3015-1.12.ORDER.CH13.FEES**